UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JOSUE ROMERO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

     -against-

THE ONE GROUP, LLC;

                Defendant.

------------------------------------ x

ORDER

20 Civ. 7864 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the parties' notice that the parties have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: January 25, 2021
      New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge